LOUIS LE FEVRE, Appellant, v LILLIAN LE FEVRE, Respondent.— Appeal by plaintiff from an order of the Supreme Court, Nassau County,

dated March 28, 1979, which denied his motion, *inter alia,* to vacate a money judgment in the amount of $20,901 in favor of defendant for arrears of alimony. Order affirmed, with $50 costs and disbursements, upon the opinion of Mr. Justice Gibbons at Special Term. Hopkins, J. P., Damiani, Rabin and O'Connor, JJ., concur.